# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| RONALD L. BAKER | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. |
| | ) |
| LIFE TIME FITNESS, INC., a | ) |
| Minnesota corporation, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF REMOVAL OF LIFE TIME FITNESS, INC.

Defendant Life Time Fitness, Inc. ("Defendant"), by and through its undersigned counsel, respectfully submits this Notice of Removal to the United States District Court for the Northern District of Georgia, Atlanta Division. In support of removal, Defendant states the following:

1. On or about December 7, 2016, *pro se* Plaintiff Ronald L. Baker ("Plaintiff") filed a civil action against Defendant in the Superior Court of Fulton County, Case No. 2016CV283530. Copies of the Summons and Complaint are attached as Exhibit A, as required under 28 U.S.C. § 1446(a). These are the only process, pleadings, and orders served on Defendant in this action.

2. Defendant was served with the Complaint on December 12, 2016 by hand delivery on its registered agent. Accordingly, Defendant is timely filing this

Notice of Removal within 30 days after service of process, as required by 28 U.S.C. § 1446(b).

3. The Fulton County Superior Court is located within the Atlanta Division of the Northern District of Georgia. 28 U.S.C. § 90. Therefore, venue is proper in this Court because it is the "district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a).

4. This Court has original jurisdiction over this matter pursuant to 28 U.S.C. § 1331 because one or more of Plaintiff's claims arise under the Constitution, laws, or treaties of the United States. Specifically, Plaintiff asserts claims arising under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.*, as well as related common law claims. Accordingly, this action is properly removed to this Court pursuant to 28 U.S.C. § 1441(a).

5. Plaintiff brings additional, related claims of breach of contract and quantum meruit claims under Georgia common law. These claims are removed pursuant to 28 U.S.C. § 1367 based on this Court's supplemental jurisdiction. The Georgia common law claims do not raise novel or complex issues of state law, and those claims do not predominate over Plaintiff's FLSA claim, over which this Court has original jurisdiction.

6. A copy of this Notice of Removal is being filed with the Clerk of the

Superior Court of Fulton County, Georgia, and a copy is being served on Plaintiff as required by 28 U.S.C. § 1446(d). A copy of the Notice to Superior Court of Fulton County of Filing Notice of Removal is attached hereto as Exhibit B.

7. By removing this matter, Defendant does not waive or intend to waive any defense, including but not limited to insufficiency of service of process.

WHEREFORE, having fully complied with all requirements for removal of this action, Defendant requests that the action now pending in the Superior Court of Fulton County, Georgia, be removed to the United States District Court for the Northern District of Georgia, Atlanta Division.

Respectfully submitted this 11th day of January, 2017.

>*s/ Erika L. Leonard*
>Erika L. Leonard
>Georgia Bar No. 565965
>OGLETREE, DEAKINS, NASH, SMOAK
> & STEWART, P.C.
>191 Peachtree Street, N.E.
>Suite 4800
>Atlanta, Georgia 30303
>Telephone: 404.881.1300
>Fax: 404.870.1732
>erika.leonard@ogletreedeakins.com
>
>***Attorney for Defendant***

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| RONALD L. BAKER | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. |
| | ) |
| LIFE TIME FITNESS, INC., a | ) |
| Minnesota corporation, | ) |
| | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

It is hereby certified that on January 11, 2017 the foregoing NOTICE OF REMOVAL OF LIFE TIME FITNESS, INC. was filed electronically with the Clerk of Court using the CM/ECF system and sent via U.S. mail to the following *pro se* Plaintiff:

> Ronald L. Baker
> 273 Highland Rose Way
> Sugar Hill, GA 30518

> *s/ Erika L. Leonard*
> Erika L. Leonard
> Georgia Bar No. 565965

\