UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RONALD L. BAKER, JR. | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:17-cv-00114-SCJ |
| LIFE TIME FITNESS, INC., a Minnesota corporation, | ) |
| Defendant. | ) |

## ORDER

This case is before the Court for consideration of the Joint Motion for Stipulated Dismissal With Prejudice and Approval of Settlement. After reviewing the record, the Court enters the following Order.

Having reviewed the joint motion, the Court finds that the settlement is fair, adequate, and reasonable. The Court finds that the Agreement was the result of arms-length negotiations and is not the result of any collusion.

Therefore, the Joint Motion for Stipulated Dismissal With Prejudice and Approval of Settlement is hereby GRANTED and the settlement of Case No. 1:17-cv-00114-SCJ by the parties is hereby APPROVED. Fees and costs shall be awarded consistent with the terms of the Settlement Agreement and Release.

IT IS SO ORDERED, this 21 day of August, 2017.

s/Steve C. Jones
_____
United States District Court, Northern District of Georgia